# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ballou, Robert S. | United States District Court, Western District of Virginia | 05/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full-time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

210 Franklin Road, S.W.
Suite 344
Roanoke, Virginia 24011

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia CLE | January 7-10, 2019 | Charlottesville, VA | Teach and judge mock trials at trial advocacy course | Food and lodging for three nights and food the fourth day. |
| 2. | CLE International | May 2-3, 2019 | Irvington, VA | Teach at eminent domain CLE program | Food and lodging for one night |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ballou, Robert S.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Bank | A | Interest | J | T | | | | | |
| 2. First Citizens Bank | A | Interest | J | T | | | | | |
| 3. Wells Fargo Bank - formerly reported as Wachovia/Wells Fargo Bank | | None | J | T | | | | | |
| 4. Equitable Variable Life Insurance | | None | | | Redeemed | 12/06/19 | K | E | |
| 5. USAA Brokerage Account (assets listed below) (H) | | | | | | | | | |
| 6. -CSX Corp. | A | Dividend | K | T | | | | | |
| 7. -Norfolk Southern Corp. | A | Dividend | K | T | | | | | |
| 8. -Stanley Black & Decker | A | Dividend | K | T | | | | | |
| 9. -Verizon Communications, Inc. | B | Dividend | K | T | | | | | |
| 10. -Tweedy Browne Value Fund | A | Dividend | K | T | | | | | |
| 11. USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. UTMA Account # 1 (holdings listed below) (H) | | | | | | | | | |
| 14. -Marsico Growth Fund | A | Dividend | J | T | | | | | |
| 15. -USAA Growth & Income Fund | A | Dividend | J | T | | | | | |
| 16. -USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 17. UTMA Account # 2 (holdings listed below) (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ballou, Robert S.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Marsico Growth Fund | A | Dividend | J | T | | | | | |
| 19.   -USAA Growth & Income Fund | A | Dividend | J | T | | | | | |
| 20.   -USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 21. | | | | | | | | | |
| 22.   UTMA Account #3 (holdings listed below) (H) | | | | | | | | | |
| 23.   -USAA Growth & Income Fund | A | Dividend | J | T | | | | | |
| 24.   -USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 25. | | | | | | | | | |
| 26.   403(b) Retirement Account (holdings listed below)(H) | | | | | | | | | |
| 27.   - JP Morgan Mid-Cap Value Fund | B | Dividend | K | T | | | | | |
| 28.   -Mass Mutual Select Mid-Cap Growth Class I | B | Dividend | K | T | | | | | |
| 29.   -American Funds EuroPac. Growth (R6) (Formerly R4 share class | A | Dividend | K | T | | | | | |
| 30.   Metropolitan West Total Return Bond Plan | A | Dividend | J | T | | | | | |
| 31.   -Vanguard Institutional Index 500 | B | Dividend | L | T | | | | | |
| 32. | | | | | | | | | |
| 33.   Vanguard Retirement Account (holdings below)(H) | | | | | | | | | |
| 34.   -Vanguard Health Care Fund Investor Shares | E | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. T.Rowe Price Retirement Account (holdings below)(H) | | | | | | | | | |
| 37. -T.Rowe Price Mid-Cap Growth Fund | A | Dividend | L | T | | | | | |
| 38. -T. Rowe Price Science & Technology Fund | A | Dividend | K | T | | | | | |
| 39. -T. Rowe Price Small-Cap Stock Fund | B | Dividend | L | T | | | | | |
| 40. -T. Rowe Price Spectrum Growth Fund | A | Dividend | J | T | | | | | |
| 41. | | | | | | | | | |
| 42. Virginia 529 College Savings Plan # 1 (holdings below)(H) | | | | | | | | | |
| 43. -Va. 529 2021 Portfolio (Previously Chesapeake Fund) | | None | J | T | | | | | |
| 44. | | | | | Sold (part) | 07/15/19 | J | C | |
| 45. | | | | | Sold (part) | 12/05/19 | J | C | |
| 46. Va 529 Stock Index Fund | | None | J | T | | | | | |
| 47. | | | | | Sold (part) | 07/15/19 | J | B | |
| 48. | | | | | Sold (part) | 12/05/19 | J | B | |
| 49. -Va. 529 Aggressive Growth Fund | | None | J | T | | | | | |
| 50. | | | | | Sold (part) | 07/15/19 | J | C | |
| 51. | | | | | Sold (part) | 12/05/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | | | | | | |
| 53. | Virginia 529 College Savings Plan # 2 (holdings below)(H) | | | | | | | | | |
| 54. | -Va. 529 2021 Portfolio (Previously Chesapeake Fund) | None | | K | T | | | | | |
| 55. | | | | | | Sold (part) | 08/19/19 | J | A | |
| 56. | Va 529 Stock Index Fund | None | | K | T | | | | | |
| 57. | | | | | | Sold (part) | 08/19/19 | J | A | |
| 58. | -Va. 529 Aggressive Growth Fund | None | | K | T | | | | | |
| 59. | | | | | | Sold (part) | 08/19/19 | J | B | |
| 60. | | | | | | Sold (part) | 12/24/19 | J | B | |
| 61. | | | | | | | | | | |
| 62. | Virginia 529 College Savings Plan # 3 (holdings below)(H) | | | | | | | | | |
| 63. | -Va. 529 2021 Portfolio (Previously Chesapeake Fund) | None | | L | T | | | | | |
| 64. | Va 529 Stock Index Fund | None | | K | T | | | | | |
| 65. | -Va. 529 Aggressive Growth Fund | None | | K | T | | | | | |
| 66. | | | | | | | | | | |
| 67. | USAA SEP Acct. - formerly Morgan Stanley SEP (holdings below)(H) | | | | | | | | | |
| 68. | -USAA Money Market Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -USAA Treasury Money Market | A | Dividend | J | T | Buy | 06/07/19 | J | | |
| 70.   -AQR Managed Futures Strategy | A | Dividend | J | T | | | | | |
| 71.   -Blackrock Low Dur. BD Inv. (Institutional Shs.) | A | Dividend | K | T | | | | | |
| 72.   -Causeway Int'l Value | C | Dividend | L | T | | | | | |
| 73.   -Center Coast MLP | A | Dividend | J | T | | | | | |
| 74.   -Delaware Investment Small Cap Value | A | Dividend | K | T | | | | | |
| 75.   -EV Income Fund of Boston | A | Dividend | J | T | | | | | |
| 76.   -Voya Global Real Estate- Formerly ING Global Real Estate Fund | B | Dividend | J | T | | | | | |
| 77.   -Ivy Mid Cap Growth | A | Dividend | K | T | | | | | |
| 78.   -John Hancock Displicined Value (Inst. Shs.) | C | Dividend | L | T | | | | | |
| 79.   -John Hancock Seaport CL I | A | Dividend | K | T | | | | | |
| 80.   -JP Morgan Dynamic Small Cap Growth | A | Dividend | K | T | | | | | |
| 81.   -Mainstay Large Cap Growth | C | Dividend | K | T | | | | | |
| 82.   -AMG Systematic - Formerly Managers AMG System Mid-Cap Value | A | Dividend | | | Sold | 06/05/19 | J | B | |
| 83.   -Metropolitan West Total Return | A | Dividend | K | T | | | | | |
| 84.   -Pimco Foreign Bond Fund | A | Dividend | J | T | | | | | |
| 85.   -Pimco Short Term Foreign Bond Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ballou, Robert S.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Riverpartk/Wedgewood Instl. | D | Dividend | K | T | | | | | |
| 87. Virtus Insight Emerging Markets | A | Dividend | K | T | | | | | |
| 88. -Blackstone Alternative Multi-Strategy Fund | A | Dividend | K | T | | | | | |
| 89. | | | | | | | | | |
| 90. USAA Roth IRA - formerly - Morgan Stanley Roth IRA (holdings below)(H) | | | | | | | | | |
| 91. -USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 92. -USAA Treasury Money Market | A | Dividend | J | T | Buy | 06/07/19 | J | | |
| 93. -AQR Managed Futures Strategy | A | Dividend | J | T | | | | | |
| 94. -Blackrock Low Duration Bnd. Fund | A | Dividend | J | T | | | | | |
| 95. -Causeway Int'l Value Fund | A | Dividend | J | T | | | | | |
| 96. -Center Coast MLP | A | Dividend | J | T | | | | | |
| 97. -Delaware Inv. Sm. Cap. Value | A | Dividend | J | T | | | | | |
| 98. -EV Income Fund of Boston | A | Dividend | J | T | | | | | |
| 99. -Voya Global Real Estate formerly ING Global Real Estate Fund | A | Dividend | J | T | | | | | |
| 100. -Ivy Mid-Cap Growth | A | Dividend | J | T | | | | | |
| 101. -John Hancock Disciplined Value Fund | A | Dividend | J | T | | | | | |
| 102. -JP Morgan Dynamic Small Cap Growth | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | | | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|---|---|
| | | | | Ballou, Robert S. | | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Mainstay Large Cap Growth | A | Dividend | J | T | | | | | |
| 104.  -AMG Systematic Mid Cap formerly Managers Systematic Mid-Cap.- | A | Dividend | | | Sold | 06/05/19 | J | A | |
| 105.  -Metropolitan West Total Return | A | Dividend | J | T | | | | | |
| 106.  Pimco Foreign Bond Fund | A | Dividend | J | T | | | | | |
| 107.  -Virtus Insight Emerging Markets | A | Dividend | J | T | | | | | |
| 108.  -Pimco Short Term Bond Fund | A | Dividend | J | T | | | | | |
| 109.  --Riverpark/Wedgewood Institutional Shares | A | Dividend | J | T | | | | | |
| 110.  -Blackstone Alternative Multi-Strategy Fund | A | Dividend | J | T | | | | | |
| 111.  -John Hancock Seaport Fund | A | Dividend | J | T | | | | | |
| 112. | | | | | | | | | |
| 113.  USAA Trad. IRA former Morg. Stan. Trad. IRA No. 2 (holdings below)(H) | | | | | | | | | |
| 114.  -Pfizer, Inc. | A | Dividend | K | T | | | | | |
| 115.  -USAA Money Market | A | Dividend | J | T | | | | | |
| 116.  -T.Rowe Price Blue Chip Growth | A | Dividend | K | T | | | | | |
| 117.  -T.Rowe Price Dividend Growth Fund | A | Dividend | K | T | | | | | |
| 118.  -Tweedy Browne Worldwide High Dividend Yield | A | Dividend | J | T | | | | | |
| 119.  -Vanguard Explorer Investor Class | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ballou, Robert S.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | | | | | |
| 121. Payfles HSA Account (Holdings Below)(H) | | | | | | | | | |
| 122. -Payflex HSA Deposit Account | A | Interest | K | T | | | | | |
| 123. -American Funds 2035 Target | A | Dividend | J | T | Buy | 08/26/19 | J | | |
| 124. -Dodge & Cox Income | A | Dividend | J | T | Buy | 08/26/19 | J | | |
| 125. -Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy | 08/26/19 | J | | |
| 126. -Parnassus Mid-Cap Fund | A | Dividend | J | T | Buy | 08/26/19 | J | | |
| 127. -Vanguard Dividend Appreciation Fund | A | Dividend | J | T | Buy | 08/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ballou, Robert S.** | 05/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 124 reports the deposit account holding cash in an HSA Account. I had reported this deposit account in previous years on the same line as the Payflex account. The deposit account is a checking account used to pay medical bills. In 2019 some of the money was invested as indicated, and thus, I broke the deposit account into a separate line under Payflex to reflect each of the separate accounts or mutual funds in which HSA monies are held at Payflex.

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert S. Ballou**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544